**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carolyn A. Bennett                                    CHAPTER 13
                Debtor(s)

                BKY. NO. 20-14088 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
12 Nov 2020, 14:47:42, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322