# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 20-14088-MDC

CAROLYN  A. BENNETT

1608 WALNUT RIDGE ESTATE

SANATOGA, PA 19464

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CAROLYN  A. BENNETT

1608 WALNUT RIDGE ESTATE

SANATOGA, PA 19464

Counsel for debtor(s), by electronic notice only.

MICHAEL WILLIAM GALLAGHER
401 W JOHNSON ST
SUITE 4
EAST NORRITON, PA 19401-

Date: 1/27/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee