IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carolyn A. Bennett | : CHAPTER 13 |
| xxx-xx-5082 | : CASE NO. 20-14088-MDC |
| 1608 Walnut Ridge Estate | : |
| Sanatoga PA 19464 | : HEARING DATE: 3/2/2021 |
| | : TIME: 10:30 A.M. |
| | : LOCATION: COURT ROOM No. 2 |
| Debtor | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Carolyn A. Bennett, the above-captioned debtor, has filed an objection to the proof of claim you filed in this bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read theses papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer **must** attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman, Chief Bankruptcy Judge, on March 2, 2021, at 10:30 A.M., in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: <u>January 28, 2021</u>

Michael W. Gallagher, Esquire
Attorney for Debtor/Objector
(484)679-1488 Tel.
(610)365-7919 fax.
mwglaw@msn.com E-mail
401 West Johnson Highway
Suite 4
East Norriton, PA 19401

**LOCAL BANKRUPTCY FORM 3007-1**