**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Carolyn A. Bennett** | : CHAPTER 13 |
| **xxx-xx-5082** | : CASE NO. 20-14088-MDC |
| **1608 Walnut Ridge Estate** | : |
| **Sanatoga PA 19464** | : |
| | : |
| **Debtor** | : |
| | : |

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

To the Debtor, Counsel for the Debtor, all creditors and parties in interest, NOTICE IS HEREBY GIVEN THAT:

Debtor's attorney does hereby seek approval of a fee of Four Thousand Two Hundred Fifty Dollars, ($4,250.00), representing an attorney's fee of $3,940.00 and expenses of $310.00 (filing fee). Petitioner's normal hourly rate in matters of average complexity is Two Hundred Fifty Dollars ($250.00) Per Hour.

Any creditor or party in interest may file an Answer, Objection or other responsive pleading or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the U.S. Bankruptcy Court, Room 400, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107, and serve a copy on the applicant, whose name and address appear below, on or before fourteen (14) days from the date of this Notice.

In the absence of any of the foregoing Answers, Objections, responsive pleadings or requests for a hearing, counsel shall certify to this Court after 14 days from the date of this Notice the absence of such filing and serving and the Court may, upon consideration of the record, grant the application.

DATED:June 9, 2021
Applicant/Counsel for Debtor :
MICHAEL W. GALLAGHER, ESQUIRE
401 West Johnson Highway
Suite 4
East Norriton PA 19401
(484)679-1488
(610)365-7919 Fax
mwglaw@msn.com