**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
CAROLYN A. BENNETT

Chapter 13

Debtor

Bankruptcy No. 20-14088-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 16, 2021

_Magdeline D. Coleman_  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
MICHAEL WILLIAM GALLAGHER  
401 W JOHNSON ST  
SUITE 4  
EAST NORRITON, PA 19401-

Debtor:  
CAROLYN A. BENNETT

1608 WALNUT RIDGE ESTATE

SANATOGA, PA 19464