United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14088-mdc |
| Carolyn A. Bennett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn A. Bennett, 1608 Walnut Ridge Estate, Sanatoga, PA 19464-3065 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| 14578354 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Phila., PA 19106-1557 |
| 14560832 | + | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14561166 | + | Community Loan Servicing, LLC., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14550564 | | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14550565 | + | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 14550566 | | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14550571 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 14550567 | + | Innovis Data Solutions, 250 E. Town St., Columbus, OH 43215-4631 |
| 14575207 | + | Lower Pottsgrove Township Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14575208 | + | Lower Pottsgrove Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14575727 | + | Lower Pottsgrove Township Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14550560 | + | Lower Pottsgtove Twp. Auth., 2199 Buchert Road, Pottstown, PA 19464-3042 |
| 14550561 | + | Mattleman Weinroth & Miller P.C., 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 14572693 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Phila., PA 19102-2100 |
| 14550572 | + | Montgomery County Tax Claim Bureau, P.O. Box 190, Norritown PA 19404-0190 |
| 14550573 | + | Office of the Prothonotary, Montgomery County Courthouse, PO Box 311, Norristown, PA 19404-0311 |
| 14550570 | + | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 23:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14559284 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 16 2021 23:32:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

Case 20-14088-mdc    Doc 52    Filed 07/18/21    Entered 07/19/21 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14563347 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14550555 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, 200 Renaissance Center # B0, Detroit, MI 48243-1300 |
| 14550556 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14550557 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 16 2021 23:32:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd., 4th floor, Coral Gables, FL 33146-1873 |
| 14550558 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:14:18 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 14550559 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Capital One Bankruptcy Department (P), P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14570106 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 16 2021 23:32:00 | Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14550568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 23:32:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14550563 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2021 23:35:22 | Merrick Bank, 10705 S. Jordan Gateway Suite 200, Jordan, UT 84095-3977 |
| 14550562 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2021 23:35:23 | Merrick Bank Corp., P.O. Box 9201, Old bethpage, NY 11804-9001 |
| 14550569 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lower Pottsgrove Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14559285 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14574593 | *+ | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jul 16, 2021 Form ID: pdf900 Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| MICHAEL W. GALLAGHER | on behalf of Debtor Carolyn A. Bennett mwglaw@msn.com mwglaw1@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
CAROLYN A. BENNETT

Chapter 13

Debtor

Bankruptcy No. 20-14088-MDC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 16, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
MICHAEL WILLIAM GALLAGHER  
401 W JOHNSON ST  
SUITE 4  
EAST NORRITON, PA 19401-

Debtor:  
CAROLYN A. BENNETT

1608 WALNUT RIDGE ESTATE

SANATOGA, PA 19464